UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

JOHN A. WATTS, ANDREW J. MARKS
& KEVIN W. CRONIN,

        Plaintiffs,

-vs-

MICHAEL DAY,

        Defendant.

HON: PAUL L. MALONEY

CASE NO. 4:02CV0223

_____/

| | |
|---|---|
| Kim A. Higgs (P25376)<br>Attorney for Plaintiffs<br>1001Center Ave<br>Bay City, MI  48708<br>Phone: (989) 892-0114 | Mark E. Donnelly (P39281)<br>Attorney for Defendants Day, Corsiglia, Buck and Beach<br>Michigan Department of Attorney General<br>Public Employment, Elections & Tort Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434<br><br>James L. Dyer (P32544)<br>Attorney for Allegan County<br>Johnson, Rosati, LaBarge, Aseltyne & Field, P.C.<br>303 S. Waverly Road<br>Lansing, MI 48917<br>(517) 886-3800 |

_____/

## STIPULATION AND ORDER OF DISMISSAL
## AND FOR PRESERVATION OF EXHIBIT UNDER SEAL

**NOW COME** the Parties through their respective attorneys and hereby Stipulate and Agree that all claims against all parties stated in Plaintiff's Complaint, as amended, be dismissed with prejudice and without costs, interest or attorney fees to any party.

**IT IS FURTHER STIPULATED AND AGREED** by the parties that the attached Exhibit 1 shall be filed under seal by the Clerk of the Court.

**IT IS FURTHER STIPULATED AND AGREED** that Exhibit 1 shall remain under seal indefinitely, or until further Order of the Court, notwithstanding any contrary provisions of W.D. Mich. LCivR 10.6.

/s/ Kim A. Higgs  
Kim A. Higgs (P25376)  
Attorney for Plaintiffs

Dated:  03/27/08

/s/ James L. Dyer  
James L. Dyer (P32544)  
Attorney for Allegan County

Dated:  03/26/08

/s/ Mark Donnelly  
Mark Donnelly (P39281)  
Attorney for Defendant

Dated:  03/26/08

## ORDER

At a session of said Court held in the City of Grand Rapids, State of Michigan, on _____, 2008.

PRESENT:  HONORABLE PAUL L. MALONEY

This matter having come before the Court on the above Stipulation of the Parties;

**IT IS ORDERED** that all claims against all parties stated in Plaintiff's Complaint, as amended, are dismissed with prejudice and without costs, interest or attorney fees to any party.

**IT IS FURTHER ORDERED** that the attached Exhibit 1 shall be filed under seal by the Clerk of the Court.

**IT IS FURTHER ORDERED** that Exhibit 1 shall remain under seal indefinitely, or until further Order of the Court, notwithstanding any contrary provisions of W.D. Mich. L Civ R 10.6.

_____  
Paul L. Maloney  
United States District Judge

**EXHIBIT A
FILED UNDER SEAL**